UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: Leonor Martinez                              CASE NO: 18-13560- AJC
      Miguel Martinez                              CHAPTER 13

         Debtor         /

**MOTION TO DEEM THE MOORS MASTER ASSOCIATION CURRENT**

**The Debtor**, Luz Hernandez by and though her undersigned counsel MOVES FOR ENTRY OF AN ORDER Deeming the Debtor's Homeowner's Association, THE MOORS MASTER MAINTENANCE ASSOCIATION current and as grounds states:

1. The Debtor filed a Voluntary Petition under Chapter 13 of Title 11 United States code on 3/27/2018.

2. The Debtor homestead property was subject to a Homeowner's Association Lien which was held by The Moors Master Maintenance Association, the "Creditor".

3. The confirmed    sought to cure and maintain the Homeowners Arrears and monthly payment through October 30, 2023.

4. The Creditor FILED A Notice of Post Petition fees on 1/6/2029 (increase in amount of $2.00 a month), 2/10/2023 (increasing the payment by $11.00 a month) and 11/15/2023 (increasing payment by $44.00) respectively.

5. The Debtor(s) has complied with her Chapter 13 plan and has completed her Chapter 13 payments.

6. The Trustee has disbursed all the required funds to the Creditor,

7. Due to the Debtors compliance with their Chapter 13 plan and their completion of payments, the debtors, are current through October 30, 2023  with regard to the

creditor, The Moors Master Maintenance Association.

WHEREFORE, the Debtor respectfully requests that the Entry of an Order granting the above Motion, deeming the Moors Master Maintenance Association current and any further relief this Honorable Court deems just and proper.

    Respectfully submitted,

/s/ Teresa M. Alvarez, Esq.
FBN: 976377
TERESA MARIA ALVAREZ, P.A.
2525 Ponce de León Blvd
Suite 300
Coral Gables, Florida 33134
Tel: (305) 667-3040
ecf@teresaalvarezpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Nancy Neidich, Trustee (Via ECF); Michael Chadrow, Esq., Attorney for The Moors Master Association via email and mchadrow@bclattorneys.com on this this 2nd day of April, 2024

/s/ Teresa M. Alvarez, Esq.